UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RODERICK HYMON,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY, et al.,<br><br>Defendants. | Case No.: 2:23-cv-01404-APG-NJK<br><br>**ORDER**<br><br>(Docket No. 1) |

Plaintiff Roderick Hymon brings this civil-rights action under 42 U.S.C. § 1983 to redress constitutional violations that allegedly occurred while Plaintiff was detained or incarcerated at Clark County Detention Center ("CCDC"). Docket No. 1-1. Plaintiff filed an application to proceed *in forma pauperis* for an inmate. Docket No. 1. According to the CCDC inmate database, Plaintiff is no longer at that facility; however, Plaintiff has not filed his updated address with the Court as required by LR IA 3-1. Further, Plaintiff's application to proceed *in forma pauperis* for an inmate is moot because Plaintiff is no longer detained or incarcerated.

Accordingly, for the reasons stated above,

IT IS ORDERED that the application to proceed *in forma pauperis* for an inmate, Docket No. 1, is **DENIED**.

IT IS FURTHER ORDERED that, no later than **June 21, 2024**, Plaintiff must either pay the full $403 filing fee or file a fully complete application to proceed *in forma pauperis* for non-inmates.

IT IS FURTHER ORDERED that, no later than **June 21, 2024**, Plaintiff must file his updated address with the Court.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can provide the

1  Court his updated address and file a complete application to proceed *in forma pauperis* or pay the
2  required filing fee.
3      The Clerk of the Court is **INSTRUCTED** to send Plaintiff Roderick Hymon the approved
4  form application to proceed *in forma pauperis* for non-inmates and instructions for the same and
5  retain the complaint, Docket No. 1-1, but not file it at this time.
6      IT IS SO ORDERED.
7      DATED:  May 22, 2024.

                                    _____
10                                  NANCY J. KOPPE
                                    UNITED STATES MAGISTRATE JUDGE